# United States District Court

EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,
    Plaintiff,

v.

THRIVENT FINANCIAL FOR LUTHERANS,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 10-C-853

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff Equal Employment Opportunity Commission takes nothing and this action is dismissed.

Approved:     s/ William C. Griesbach
                            WILLIAM C. GRIESBACH
                            United States District Judge

Dated: June 15, 2011.

                            JON W. SANFILIPPO
                            Clerk of Court

                            s/ Terri Lynn Ficek
                            (By) Deputy Clerk